AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

```
FILED by _____ D.C.

DEC 2 7 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.
```

United States of America )
v. )
Renado Shavar Smith, )    Case No.  12-8496-JMH
)
)
_____ )
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____December 10, 2012_____ in the county of _____Palm Beach_____ in the

_____Southern_____ District of _____Florida_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. §§ 1324(a) and (a)(1)(B)(i) | Alien Smuggling |

This criminal complaint is based on these facts:

See attached affidavit of Border Patrol Agent Scott Stacy.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Border Patrol Agent Scott Stacy
*Printed name and title*

*I find probable cause.*

Sworn to before me and signed in my presence.

Date: 12/27/12

_____
*Judge's signature*

City and state:     West Palm Beach, Florida

U.S. Magistrate Judge James M. Hopkins
*Printed name and title*

## AFFIDAVIT

I, Scott Stacy, being duly sworn, depose and state:

1.     I am a Border Patrol Agent with the Department of Homeland Security, Customs and Border Protection (CBP) (formerly Immigration and Naturalization Service), United States Border Patrol and have been so employed for more than fifteen (15) years.  I am currently assigned to the West Palm Beach Border Patrol Station, Riviera Beach, Florida.  The station is located in the Southern District of Florida.

2.     As a Border Patrol Agent, my duties include the detection and interdiction of individuals illegally entering the United States, and those aliens who are currently within the United States illegally.  I am trained in detecting and locating individuals suspected of assisting aliens in their illegal entry into the United States by any means.  I am also responsible for the investigation and processing of aliens who are entering or residing illegally in the United States as well as the investigation of people responsible for the smuggling of such undocumented aliens.

3.     The statements contained in this affidavit are based upon my own personal knowledge, as well as information provided to me by other law enforcement officials and employees of CBP.  I have not included in this affidavit each and every fact and circumstance known to me, but only the facts and circumstances that I believe are sufficient to establish probable cause to charge Renado Shavar SMITH with a violation of a Title 8, United States Code, Section 1324.

1

FACTUAL BACKGROUND

4.      On December 20, 2012, approximately 4:54 a.m., Boynton Beach Police responded to a Chevron gas station regarding a distressed vessel.  A Boynton Beach police officer encountered two black males who verbally identified themselves as Ahmad P. ROLLE and Renado S. SMITH.  ROLLE and SMITH said that they were island hopping in the Bahamas when their vessel broke down and they went adrift for 12 hours.

5.      The police officer asked ROLLE and SMITH if they had any food or water on the vessel.  They told the officer that they had several gallons of water and food in their cooler.

6.      ROLLE and SMITH were separated and asked why they had all that food and water if they were only island hopping.  ROLLE said that's how we do that.  SMITH looked down and away and did not give an answer.

7.      ROLLE and SMITH were taken to the Boynton Beach Police Department for further investigation.  When questioned separately, SMITH stated there were five passengers on the vessel and that each contributed $3,000.00 to purchase the boat. SMITH told the officer the purchase of the boat was to come to the U.S. illegally and eventually obtain citizenship.  SMITH said three of the passengers got into an awaiting vehicle and left the area.

2

8.      A vessel was located near the 1900 block of South Ocean Boulevard.  The vessel was a white Mako approximately 22' with a center console and canopy top with a single Yamaha 225 outboard engine.  The vessel had no visible hull markings or registration markings.

9.      A Border Patrol agent responded to the scene of the vessel located near 1960 South Ocean Boulevard, Manalapan, Palm Beach County in the Southern District of Florida.  A Boynton Beach police officer informed the agent that two subjects claiming to be Bahamian nationals who just arrived from the Bahamas were taken to the Boynton Beach Police Department.  A Dominican Republic passport belonging to a male was located near this vessel.  The agent took possession of the passport.

10.      There were 13 life jackets on the vessel and two on the beach near the vessel.  The number of life jackets seems excessive for a vessel of this size to safely carry that many passengers especially since there is only one cushioned seat on the vessel.  Also near the vessel was a path of laid down grass that had several articles of discarded wet clothing.  People who enter the U.S. illegally often discard their wet clothing in order to blend in better with the local population.

11.      A Border Patrol agent arrived at the Boynton Beach Police Department, identified himself as a Border Patrol agent to ROLLE and SMITH, and questioned them as to their citizenship.  ROLLE and SMITH admitted to being Bahamian nationals and

3

were unable to produce any immigration documents to allow them to enter or remain in the United States legally.  ROLLE and SMITH were placed under administrative arrest and transported, along with all of their property, to the Border Patrol station for processing and investigation.

12.     At the Border Patrol station SMITH identified a GPS, a cell phone and a set of keys as part of his belongings.  The key SMITH had was a perfect fit for the ignition of the beached vessel found in Manalapan.

13.     At the Border Patrol station SMITH was given his Miranda Rights and agreed to give a statement without an attorney present.  This statement was videotaped.  In his statement, SMITH indicated that he and his friend, ROLLE, were contacted by a man who was to pay both of them the sum of $5,000.00 to smuggle three Dominican nationals from the Bahamas into the United States.

14.     SMITH said that there were originally approximately ten people that were to come to the United States.  He said after a few failed attempts only three of the people wanted to continue and made the trip.

15.     SMITH indicated that he and ROLLE took turns driving the vessel with three "Spanish" people on board.  SMITH indicated that as soon as they hit the beach the three "Spanish" people took off running and he never saw them again.

4

16.     SMITH also admitted that the $1,000.00 Bahamian Dollars and the $991.00 U.S. Dollars that he had in his possession were proceeds from this venture.

17.     SMITH was shown the Dominican Republic passport.  SMITH identified the picture in the passport as being that of one of the people aboard the vessel.

WHEREFORE, based upon the foregoing, your Affiant submits that there is probable cause to believe that on or about December 20, 2012, Renado Shavar SMITH, the defendant, for the purpose of private financial gain, did knowingly bring in and attempt to bring in certain aliens into the United States, at a place other than as designated by the Commissioner, regardless of whether such aliens have received prior official authorization to come to, enter or reside in the United states and regardless of any future official action which may be taken with respect to such aliens in violation of law, that is in violation of Title 8, United States Code, Section 1324(a)(1)(A) and (a)(1)(B)(i).

FURTHER AFFIANT SAYETH NAUGHT.

_____
SCOTT STACY
BORDER PATROL AGENT
UNITED STATES BORDER PATROL

Sworn and subscribed to before me
this 27 day of December, 2012.

_____
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

6

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

No.   12-8496-JMH

UNITED STATES OF AMERICA

vs.

RENADO SHAVAR SMITH,

              Defendant.

_____/

## CRIMINAL COVER SHEET

1.    Did this matter originate from a matter pending in the Northern Region of the United
      States Attorney's Office prior to October 14, 2003?        _____ Yes   _X_ No

2.    Did this matter originate from a matter pending in the Central Region of the United
      States Attorney's Office prior to September 1, 2007?        _____ Yes   _X_ No

              Respectfully submitted,

              WIFREDO A. FERRER
              UNITED STATES ATTORNEY

BY:   *Stephanie Adams for:*
      Emalyn H. Webber
      Assistant United States Attorney
      Fla. Bar No. 407501
      500 S. Australian Avenue, Suite 400
      West Palm Beach, FL 33401-6235
      Tel:  (561) 820-8711
      Fax: (561) 820-8777
      Emalyn.Webber@usdoj.gov